July 27, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

IFS2I CONSULTING LLC AND IFS2I FRANCE, Appellant

NO. 14-15-00407-CV                    V.

GOLDVEIN, S.A., Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on February 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, IFS2I Consulting LLC and IFS2I France.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.